UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 23-CV-08385 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants shall make best efforts, by April 2, 2024 at 5:00 PM, to (a) provide Plaintiff with any comments on the proposed confidentiality stipulation and (b) inform Plaintiff whether it will identify custodians for all previously produced documents by responding to Plaintiff's interrogatories or by producing a metadata overlay, if available, to Defendant's prior production.

Defendant shall make the next installment of its document production by April 18, 2024. That production shall include metadata if available, including metadata identifying the custodian of each document produced. If Defendant believes that any metadata is protected from production under the work product doctrine or the attorney client privilege, it may withhold the metadata but shall place the relevant information on a privilege log. If Defendant believes that including metadata with its production places a disproportionate burden on it in terms of cost or time, Defendant shall, by April 2, 2024, file a letter on the docket explaining the basis for that belief.

The deadline for completing fact discovery is extended until May 31, 2024. There will be no further extensions absent good cause shown. By May 15, 2024, the parties shall file a letter

updating me about the status of discovery, including any remaining outstanding discovery. In

that letter, the parties shall indicate whether they would like the Court's assistance with

settlement efforts, either through referral to the Court-annexed mediation program or through

a settlement conference with me.

DATED:  March 29, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge