UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendant. | 23-CV-08385  (AT)(RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **Tuesday, April 9, 2024, at 12:00 PM**, at which time the parties should be prepared to discuss ECF 26 Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 323 387 706#.**

If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  April 3, 2024
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge