UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY NATIONAL CASUALTY CORPORATION,
                Plaintiff,

-v-                                             23-CV-08385 (AT) (RFT)

HARTFORD CASUALTY INSURANCE COMPANY,        **ORDER**
                Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

    The parties are to meet and confer by **Friday, April 12, 2024** concerning the scope of Defendant's document collection and search, and Plaintiff's interrogatories. By **Monday, April 15, 2024**, Plaintiff shall submit a letter on the docket raising any concerns not resolved at the parties' meet and confer session, and Defendant shall have until **Wednesday, April 17, 2024**, to submit a letter in response.

    A telephone conference will be held at **11:00 AM on April 18, 2024**. Counsel are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 100 920 66 #**.

Dated:        April 9, 2024
                  New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge