UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY NATIONAL CASUALTY CORPORATION,
                                 Plaintiff,

-v-                                        23-CV-08385 (AT) (RFT)

HARTFORD CASUALTY INSURANCE COMPANY,       **ORDER**
                                Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

A telephonic status conference is scheduled for **10:00 AM on June 18, 2024**. Counsel are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 135 074 356 #**.

Dated:      June 14, 2024
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge