```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY NATIONAL CASUALTY
CORPORATION,

                Plaintiff,

-against-

HARTFORD CASUALTY INSURANCE
COMPANY,

                Defendant.

23 Civ. 8385 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for June 25, 2024, is ADJOURNED to **July 30, 2024**, at **10:00 a.m.** The parties shall file a joint status report not later than one week in advance of the case management conference. ECF No. 17 ¶ 16. The parties are reminded that any pre-letter motions for summary judgment must be filed within fourteen days of the close of fact discovery. *Id.*

    SO ORDERED.

Dated: June 17, 2024
         New York, New York

                                                      ANALISA TORRES
                                               United States District Judge